**Gerald Wayne TIMMS, Plaintiff–Appellant,**

v.

**Warden Tracy JOHNS, Defendant–Appellee.**

No. 14–6077.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2014.

Decided: June 10, 2014.

Gerald Wayne Timms, Appellant Pro Se. Denise Walker, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before SHEDD and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Wayne Timms appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Timms v. Johns,* No. 5:10–ct–03210–BO (E.D.N.C. Dec. 13, 2013). We deny Timms' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*